**Margarita Tovar LAZARO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–76461.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007.*

Filed April 23, 2007.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Margarita Tovar Lazaro, Santa Ana, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Papu Sandhu, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

## MEMORANDUM **

Margarita Tovar Lazaro, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") decision denying her motion to reopen removal proceedings. To the extent we have jurisdiction it is pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny in part and dismiss in part the petition for review.

■ The BIA did not abuse its discretion when it denied Tovar Lazaro's motion to reopen because she failed to demonstrate that the psychiatric report she submitted was based on evidence that was previously unavailable or had not been considered by the immigration judge. *See* 8 C.F.R. § 1003.2(a) and (c); *Bhasin v. Gonzales,* 423 F.3d 977, 984 (9th Cir.2005).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

■ We lack jurisdiction to consider Tovar Lazaro's contention that the BIA denied her due process by failing to apply its precedential decisions. *See Sanchez–Cruz v. INS*, 255 F.3d 775, 779 (9th Cir.2001) (holding that the "misapplication of relevant case law" may not be reviewed).

■ We also lack jurisdiction to review the discretionary determination that Tovar Lazaro failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Romero–Torres v. Ashcroft*, 327 F.3d 887, 892 (9th Cir.2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**